■ PAUL A. MAGUIRE, Respondent, v. CONSTANCE MAGUIRE, Appellant.— Order of the Supreme Court, Rockland County, entered May 25, 1973, affirmed, with $20 costs and disbursements. No opinion. The time within which appellant may answer the amended complaint is extended until 20 days after entry of the order to be made hereon. Gulotta, P. J., Hopkins, Latham, Shapiro and Cohalan, JJ., concur.